IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                    NO.  4:99CR00190-001  SWW

ARLIN GENE CHEETER                                                              DEFENDANT

## ORDER

The above entitled cause came on for hearing March 13, 2014 on government's petition to revoke the supervised release [doc #141] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant and testimony of the witness, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWENTY (20) MONTHS* in the custody of the Bureau of Prisons.  The Court recommends that defendant be placed in FCI, Texarkana, Texas; and that defendant participate in residential or non-residential substance abuse treatment during incarceration.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 14th day of March 2014.

/s/Susan Webber Wright
United States District Judge